*E-FILED - 1/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RONALD P. FOSTER,** | C08-4269 RMW |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | Judge:  The Honorable Ronald M. Whyte |
| **M. EVANS, Warden,** | |
| Respondent. | |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a 60-day nunc pro tunc extension of time, up to and including February 17, 2008, to file an answer or motion to dismiss. If Petitioner wishes to respond, he shall do so by filing a traverse or opposition with this Court and serving it on Respondent within 30 days of the filing date of Respondent's answer or motion to dismiss.

Dated:   1/13/09

Ronald M. White
Judge of the United States District Court

[~~Prop.~~] Order

Foster v. Evans
C08-4269 RMW

1