*E-FILED - 4/24/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. FOSTER, ) | C 08-4269 RMW (PR) |
| ) Petitioner, ) | ORDER DENYING PETITIONER'S MOTION FOR |
| vs. ) | A PROTECTIVE ORDER |
| M. EVANS, Warden, ) | |
| ) Respondent. ) | (Docket Nos. 12, 16) |
| _____ ) | |

Petitioner, a California state prisoner, filed a *pro se* petition for a writ of habeas corpus. On February 17, 2009, respondent filed a motion to dismiss the petition. On March 4, 2009, petitioner filed a motion for a "protective order." In the motion, petitioner complains that prison officials confiscated his legal property and requests court's assistance in having the property returned to him. On March 20, 2009, petitioner filed a brief in support of his motion for a "protective order," an opposition to respondent's motion to dismiss, and a "supplement" to his opposition. In these pleadings, petitioner opposes the motion to dismiss on the merits. However, he also claims that without his legal property, he cannot properly oppose respondent's motion to dismiss. Respondent filed a reply in support of his motion to dismiss, but did not respond to plaintiff's motion for a "protective order."

Order Denying Petitioner's Motion for a Protective Order
P:\PRO-SE\SJ.Rmw\HC.08\Foster269den.prot.ord.wpd    1

     Petitioner appears to allege that prison officials have violated his right of access to courts by confiscating and failing to return his legal property. However, he fails to identify what type of legal materials he was deprived of and how the loss of these materials interfered with his ability to oppose the motion to dismiss and/or to prosecute this litigation. Furthermore, petitioner cannot redress a violation of the right of access to courts through either a motion for a protective order or a writ of habeas corpus. Under Federal Rule of Civil Procedure 26(c), the court may enter a protective order to protect litigants from embarrassment, annoyance, oppression, undue burden or expense that would result from public disclosure of documents or information. Under 28 U.S.C. section 2254(a), the court may grant a petition for a writ of habeas corpus to a prisoner who is in custody in violation of the Constitution or laws or treaties of the United States. Neither the rule, nor the statute provide relief for petitioner's claim that his legal materials have been confiscated. Accordingly, petitioner's motion for a "protective order" (docket no. 12) is DENIED.

     IT IS SO ORDERED.

DATED: __4/24/09__

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge