*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. FOSTER, ) <br> ) <br> Petitioner, ) <br> vs. ) <br> ) <br> ) <br> M.. EVANS, Warden, ) <br> ) <br> Respondent. ) <br> ) | No. C 08-4269 RMW (PR) <br><br> ORDER REQUIRING RESPONSE FROM RESPONDENT; DENYING MOTION FOR EXTENSION OF TIME AS UNNECESSARY <br><br> (Docket No. 25) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging an administrative decision by the California Department of Corrections and Rehabilitation. On June 4, 2009, following briefing by both parties, the court granted respondent's motion to dismiss.

The court found that the claims raised in the instant petition were procedurally barred because the state superior court denied the claims as successive and cited a state procedural rule that was both independent and adequate. Further, the court concluded that petitioner failed to assert any cause for the procedural default or actual prejudice.

After judgment was entered in this court, petitioner filed a motion for leave to file a supplemental opposition and a second supplemental opposition. The court construes petitioner's motion as a motion for reconsideration. In the motion, petitioner raises new arguments opposing

Order Requiring Response from Respondent; Denying Motion for Extension of Time as Unnecessary
P:\PRO-SE\SJ.Rmw\HC.08\Foster269recon.wpd

1

1  the motion to dismiss. Specifically, petitioner claims that the state superior court's decision was
2  not the last reasoned decision. Rather, petitioner asserts the California Court of Appeal ruled on
3  the merits and denied his petition without prejudice, thus allowing his claims to be considered on
4  federal review. The court notes that the California Court of Appeal decision was not a typical
5  summary dismissal order without either comment or citation. Had it been without comment or
6  citation, the presumption would be that it relied on the same procedural rule as the superior
7  court. See Ylst v. Nunnemaker, 501 U.S. 797, 801-06 (1991). However, the California Court of
8  Appeal denied the petition seemingly on the basis of improper venue as well as on the merits.

9      Respondent shall file a response to petitioner's motion for reconsideration within **30 days**
10 of the filing date of this order. Petitioner may file any reply within **15 days** thereafter.

11     Petitioner's motion for extension of time to file a notice of appeal is DENIED as
12 unnecessary. See Fed. R. App. P. 4(a)(4)(B) (notice of appeal filed while certain motions are
13 pending are not effective until those motions are ruled upon).

14     IT IS SO ORDERED.
15 DATED: 8/5/09

*Ronald M. Whyte*
RONALD M. WHYTE
16 United States District Judge

Order Requiring Response from Respondent; Denying Motion for Extension of Time as Unnecessary
P:\PRO-SE\SJ.Rmw\HC.08\Foster269recon.wpd